GENERAL COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

LLOYD H CRABTREE
PLANTIFF

CASE NO 6:22cv437 JCB/JDL

VS

AMANDA THIBODEOUX
DEFENDANT
CHEIF APPRAISER
UPSHER COUNTY APRAISAL DISTRICT


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 14 2022
BY
DEPUTY

A

FEDERAL RULES OF CIVIL PROCUDURE AND LOCAL

LOCAL RULES ARE CONTRARY TO ARTICLE 6 AND ARE NOT WITHSTANDING - ARTICLE I SEC I ONLY CONGRESS ALL LEGATIVE POWERS HEREIN GRANTED SHALL BE VESTED IN SENATE AND HOUSE OF REPRESENTATIVES.

ARTICLE VI THE CONSTITTUTION IS THE SUPRIME LAW OF THE LAND AND THE JUDGES IN EVERY STATE ARE BOUND THEREBY.

SENATORS AND REPRESNNTATIVES, STATE LEGISLATURES AND ALL EXECUTIVE AND JUDICIAL OFFICERS, BOTH OF THE UNITED STATE AND OF THE SEVERAL STATES SHALL BE BOUND BY OATH OR AFFIRMATION, TO SUPORT THIS CONSTITUTION -

WHEN RIGHTS ARE SECURED BY THE CONSTITUTION THERE CAN BE NO RULES NOR LEGATION WHICH WOULD ABROGATE THEM

MARANDA VS ARIZONA
384 US 436 P 491

UNITED STATES DISTRIC COURT
FOR THE EASTERN DISTRICT OF TEXAS

B

ARTICLE III SECTION 2 THE JUDICAL POWER SHALL EXTEND TO ALL CASES, IN LAW AND EQUITY ARISING UNDER THIS CONSTITUTION.

C

ALL CASE LAW IS CONTRARY AND NOTWITHSTANDING - ARTICLE I SECTION I - ARTICLE V - ARTICLE VI

D

UPSHUR COUNTY VOTERS ELECT A COUNTY TAX ASSASOR AND COLLECTOR

E

UPSHUR COUNTY APPRASIAL DISTRICT AND CHEIF APPRISAL, AMANDA THIBODEAUX IS CONTRARY TO THE CONSTITUTION ARTICLE I SECTION 10 NO STATE SHALL MAKE ANY EX POST FACTO LAWS OR LAWS IMPARING THE OBLIGATIONS OF CONTRACTS. UPSHER COUNTY VOTERS HAVE A VALID CONTRACT WITH THE ELECTED APPRASER AND TAX COLLECTOR

F

FILING FEE
10 AMENDENT

Lloyd H Crabtree
1016 Dial Rd
Big Sandy, TX 75755