# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

———

No. 6:22-cv-00437

———

**Lloyd Crabtree,**

*Plaintiff*

v.

**Chief Appraiser Amanda Thibodeaux,**

*Defendant.*

———

## FINAL JUDGMENT

The court, having considered plaintiff's case and rendered its decision by opinion, hereby enters judgment that plaintiff take nothing from his suit and that plaintiff's claims are dismissed with prejudice. The clerk of court is directed to close the case.

*So ordered by the court on January 10, 2023.*

J. CAMPBELL BARKER
United States District Judge